1  GEORGE E. SCHULMAN (State Bar No. 064572)
   gschulman@dgdk.com
2  KATHY BAZOIAN PHELPS (State Bar No. 155564)
   kphelps @ dgdk.com
3  GILBERT MIKALIAN (State Bar No. 244690)
   gmikalian@dgdk.com
4  DANNING, GILL, DIAMON & KOLLITZ, LLP
   2029 Century Park East, Third Floor
5  Los Agneles, California 90067-2904
   Telephone: (310) 277-0077
6  Facsimile: (310) 277-5735

7  Attorneys for David A. Gill, Receiver

8

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

13  DAVID A. GILL, solely in his capacity   )   Case No.  CV0 09-05797-R-SS
    as Permanent Receiver in the matter of  )
14  *Securities and Exchange Commission*    )
    *vs. Diversified Lending Group, Inc.:*  )   **ORDER DISMISSING ACTION**
15  *Applied Equities, Inc.; Bruce Friedman* )  **AGAINST KEVIN T. MEHLMAN**
    *and Tina M. Placourakis*, U.S.D.C.     )   **WITH PREJUDICE**
16  Case No CV 09-01533-RTLx,               )
                                            )
17              Plaintiff,                  )   [No Hearing Required]
                                            )
18        vs.                               )
                                            )
19  KEVIN T. MEHLMAN,                       )
                                            )
20              Defendant.                  )
                                            )
21  ──────────────────────────────────────

22

23

24

25

26

27

28

PROPOSED] ORDER DISMISSING ACTION
AGAINST KEVIN T. MEHLMAN WITH
PREJUDICE

JS-6

1    **IT IS HEREBY ORDERD** that:

2    A.    The Stipulation is APPROVED.

3    B.    The above captioned case is dismissed with prejudice.

4

5    November 12, 2010

6    MANUEL L. REAL
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

361472.01 [XP]          25176A                    2

PROPOSED] ORDER DISMISSING ACTION
AGAINST KEVIN T. MEHLMAN WITH
PREJUDICE